IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:03cr00169-02 JMM

ROBERT JERROD CASTLEMAN

## AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment for revocation of supervised release (DE #123) is amended to show that the correct USM number is 23043-009.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 9th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE